**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

---

| | |
|---|---|
| Neal Eslinger, as personal representative of the Estate of Isaac Eslinger deceased, and Neal Eslinger on behalf of the heirs and next of kin of Isaac Eslinger, deceased,<br><br>       Plaintiffs,<br> vs.<br><br>Evenflo Company, Inc., f/k/a Evenflo Juvenile Furniture Company and Evenflo Juvenile Furniture Co., Inc.,<br><br>       Defendant. | **ORDER OF DISMISSAL**<br><br><br><br>Case No. 1:07-cv-062 |

---

  Before the Court is a "Stipulation of Dismissal" filed on February 18, 2009. The Court **ADOPTS** the stipulation in its entirety (Docket No. 12) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

  **IT IS SO ORDERED.**

  Dated this 19th day of February, 2009.

                */s/ Daniel L. Hovland*
                Daniel L. Hovland, Chief Judge
                United States District Court